AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  1:25-CR-150 (RDA) |
| Katherine Margaret Buchanan ) | |
| *Defendant* ) | |

FILED IN OPEN COURT
JUN 2 3 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/23/2025

*Defendant's signature*

*Signature of defendant's attorney*

Paul Hynes, Jr.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Rossie D. Alston, Jr., U.S. District Judge
*Judge's printed name and title*